IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AFLAWED GOODSOUL,

    Petitioner,

v.

DEFENDANTS,

    Respondent.

ORDER

Case No. 20-cv-480-jdp

Petitioner AFlawed Goodsoul has filed a document titled Writ of Habeas Corpus. Petitioner has neither paid the $5 filing fee for filing a petition for writ of habeas corpus nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a motion for leave to proceed without prepayment of the filing fee no later than June 17, 2020.

ORDER

IT IS ORDERED that:

1. Petitioner AFlawed Goodsoul may have until June 17, 2020, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before June 17, 2020, I will assume that petitioner wishes to withdraw this petition.

Entered this 26th day of May, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge